Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Michael L. Vander Giessen
Special Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA DUANE HARRY,<br><br>　　　　　Defendant. | 2:21-CR-123-RMP<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 113(a)(6), 1153<br>Assault Resulting in Serious Bodily Injury in Indian Country |

The Grand Jury charges:

On or about June 27, 2021, in the Eastern District of Washington, within the exterior boundaries of the Colville Indian Reservation, in Indian country, the Defendant, JOSHUA DUANE HARRY, an Indian, did intentionally assault

//

//

//

//

INDICTMENT – 1

M.F.H., resulting in serious bodily injury to M.F.H., all in violation of 18 U.S.C. §§ 113(a)(6) and 1153.

DATED this 8 day of September 2021.

A TRUE BILL

Joseph H. Harrington
Acting United States Attorney

Michael L. Vander Giessen
Special Assistant United States Attorney

INDICTMENT – 2