FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA DUANE HARRY,<br><br>Defendant. | NO: 2:21-CR-123-RMP-1<br><br>PROTECTIVE ORDER |

The United States of America applied to this Court for a protective order regarding the disclosure of discovery to defense counsel that contains sensitive information about third parties. ECF No. 23. The Government contends that the discovery that relates to this matter includes social security numbers, personal health information, and identifying information about minor witnesses. Accordingly, the Court finds good cause to issue a protective order regarding especially sensitive information of witnesses or victims in this matter.

Therefore, **IT IS HEREBY ORDERED**:

1. The United States' Unopposed Motion for Protective Order, **ECF No.**

PROTECTIVE ORDER ~ 1

**23**, and Unopposed Motion to Expedite, **ECF No. 24**, are **GRANTED**.

    2.    Pursuant to the discovery obligations previously imposed by the Court, the United States is authorized to disclose discovery in its possession and any Protected Information that it contains. As used herein, "Protected Information" means sensitive personal and financial information of any third parties, including for example, social security numbers, or health information of any victim(s), cooperating witnesses, or minor witnesses.

    3.    Counsel for Defendant (hereinafter "Defense Counsel") shall not share or provide any discovery items produced by the United States in this case with anyone other than designated Defense Counsel, defense investigators, retained expert witnesses, and support staff. Defense Counsel may permit the Defendant to view unredacted discovery items in the presence of Defense Counsel, defense investigators, and support staff. Defense Counsel personally, or through Defense Counsel's investigators and support staff, may show unredacted discovery items to witnesses in regard to items or events about which a witness may have personal knowledge. Defense Counsel and his or her investigators and support staff shall not allow the Defendant or witnesses to copy Protected Information contained in the discovery. Defense counsel may petition the Court for relief from these prohibitions with a showing of compelling reasons.

    4.    The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. At the conclusion of the

PROTECTIVE ORDER ~ 2

case, Defense Counsel will return the discovery to the United States, will certify that it has been shredded, or, if the materials are still needed, will store it in a secure place and not disclose it to third parties. If the assigned Defense Counsel is relieved or substituted from the case, Defense Counsel will return the discovery to the United States or certify that it has been shredded.

5. Defense Counsel shall store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons contrary to this Protective Order.

6. Defense Counsel shall be responsible for advising the Defendant, witnesses, and all members of the defense team of the contents of this Protective Order.

7. This Protective Order shall also apply to any new defense counsel that may later become counsel of record in this case.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** September 21, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

PROTECTIVE ORDER ~ 3