PROB 12C
(6/16)

Report Date: March 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Duane Harry          Case Number: 0980 2:21CR00123-SAB-1

Address of Offender: ███████████ Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 16, 2022

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury in Indian Country, 18 U.S.C. §§ 113(a)(6), 1153 | |
| Original Sentence: | Prison - 115 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: August 16, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 15, 2025 |

## PETITIONING THE COURT

To issue a summons.

Mr. Harry's conditions of supervised release were reviewed with him on September 6, 2022, and he acknowledged an understanding of the terms and conditions of his supervised release

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Harry violated the terms and conditions of his supervised release by using methamphetamine on or about November 12, 2023. |
| | On November 13, 2023, the undersigned contacted Mr. Harry at his residence and it was at that time he readily admitted to the undersigned, and via signed document, that he last used methamphetamine on or about November 12, 2023. |

Prob12C
**Re: Harry, Joshua Duane**
**March 26, 2024**
**Page 2**

2   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Harry violated the terms and conditions of his supervised release by using methamphetamine and marijuana on or about January 21, 2024. On February 14, 2024, Mr. Harry admitted to the undersigned, and via a signed document, that he used marijuana and methamphetamine on or about January 21, 2024.

3   **Standard Condition #6**: You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

**Supporting Evidence** It is alleged that Mr. Harry violated the terms and conditions of his supervised release by failing to allow his probation officer to visit him at his residence on February 6, 2024.

On February 5, 2024, the undersigned spoke to Mr. Harry via telephone and it was at that time he was informed a home contact was to occur on February 6, 2024, at approximately 12 p.m. On February 6, 2024, the undersigned attempted to make contact at Mr. Harry's residence on two separate instances in which he did not appear to be present and thus the undersigned attempted to call Mr. Harry and sent him a text message. Mr. Harry responded to the undersigned's text message stating he was in Nespelem, Washington, and was about to lose cellular service and he did not reply to subsequent text messages on this date. On February 14, 2024, Mr. Harry reported to the probation office as directed and apologized for failing to be present at his residence as directed.

4   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Harry violated the terms and conditions of his supervised release by using methamphetamine and marijuana on or about February 16, 2024.

On February 21, 2024, Mr. Harry provided a urinalysis that tested presumptive positive for marijuana and methamphetamine and he admitted to the undersigned, and via a written statement, that he last used these substances on or about February 16, 2024.

5   **Standard Condition #10**: You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

**Supporting Evidence**: It is alleged that Mr. Harry violated the terms and conditions of his supervised release by failing to allow his probation officer to visit him at his residence on March 19, 2024.

Prob12C  
**Re: Harry, Joshua Duane**  
**March 26, 2024**  
**Page 3**

On March 17, 2024, the undersigned spoke with Mr. Harry via telephone and he was informed that a home contact was to occur at his residence on March 18, 2024. On March 18, 2024, Mr. Harry contacted the undersigned and stated that he was in Wenatchee, Washington, for a medical appointment with his father and he was subsequently informed that the home contact would be continued to March 19, 2024. On March 19, 2024, the undersigned attempted to contact Mr. Harry at his residence on two separate occasions without success and Mr. Harry did not answer his phone and/or return text messages. The undersigned contacted Mr. Harry's brother and he informed he was uncertain of Mr. Harry's whereabouts but would have him contact the undersigned once he speaks to him.

On March 22, 2024, a text message was sent to Mr. Harry directing him to report to the probation office on March 25, 2024. On March 25, 2024, Mr. Harry reported as directed and again apologized for his lack of communication and did state that he lost his cell phone.

6      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Mr. Harry violated the terms and conditions of his supervised release by using marijuana on or about February 18, 2024.

        On March 25, 2024, Mr. Harry admitted to the undersigned, and a via a written statement, that he last used marijuana on or about February 18, 2024.

7      **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: It is alleged that Mr. Harry violated the terms and conditions of his supervised release by consuming alcoholic beverages on or about March 11, 2024.

        On March 25, 2024, Mr. Harry admitted to the undersigned, and a via a written statement, that he last consumed alcohol on or about March 11, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/26/2024

s/Jonathan C. Bot

Jonathan C. Bot  
U.S. Probation Officer

Prob12C
Re: Harry, Joshua Duane
March 26, 2024
Page 4

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

3/27/2024
Date