PROB 12C
(6/16)

Report Date: April 18, 2024

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Duane Harry     Case Number: 0980 2:21CR00123-SAB-1

Address of Offender: ███████████  Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 16, 2022

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury in Indian Country, 18 U.S.C. §§ 113(a)(6), 1153 | |
| Original Sentence: | Prison - 115 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Louis Vander Giessen | Date Supervision Commenced: August 16, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 15, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/27/2024.

Mr. Harry's conditions of supervised release were reviewed with him on September 6, 2022, and he acknowledged an understanding of the terms and conditions of his supervised release

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
| 9 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: It is alleged that Mr. Harry violated the conditions of his supervised release by consuming alcoholic beverages on April 12, 2024, and by failing to notify his probation officer of law enforcement contact after he was questioned by law enforcement on April 13, 2024. |

Prob12C
Re: Harry, Joshua Duane
April 18, 2024
Page 2

On April 18, 2024, the undersigned spoke with a Colville Tribe Police Department (CTPD) officer in which he stated he made contact with Mr. Harry on April 13, 2024, at approximately 8:22 a.m., after an anonymous party called and stated he was breaking out windows on a property in Omak, Washington. Upon making contact with Mr. Harry he was briefly detained by the CTPD officer. The property owners did not want to speak to the CTPD officer and/or pursue charges against Mr. Harry, thus no charges were filed against him. The CTPD officer observed a large gash on Mr. Harry's head that was bleeding and he appeared to be suffering from a mental health episode. Due to Mr. Harry's injury, he was transported to a local hospital. The CTPD officer stated that Mr. Harry appeared to have delusional thoughts and he admitted to consuming alcoholic beverages on April 12, 2024. It is the CTPD officer's understanding that Mr. Harry was placed on a mental health hold at the hospital. The undersigned has been unable to verify Mr. Harry's whereabouts as of this writing and he has failed to contact and/or update this officer after he was questioned by law enforcement on April 13, 2024. The CTPD officer stated this information is noted in CTPD report 24-0675 though the undersigned has not received a copy of this report as of this writing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 18, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

4/18/2024
Date